# United States Court of Appeals
## For the First Circuit

No. 22-1883

UNITED STATES,

Appellee,

v.

NATHAN REARDON,

Defendant, Appellant.

**JUDGMENT**

Entered: May 23, 2024

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's imposition of the self-employment ban (special condition six) is vacated, and the matter is remanded for resentencing limited to a re-examination of that condition.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Lance E. Walker, Christa Berry, Clerk, United States District Court for the District of Maine, Hunter J. Tzovarras, Joel B. Casey, Donald E. Clark, Andrew Kenney Lizotte, Benjamin M. Block, Nathan Reardon