# United States Court of Appeals
## For the First Circuit

No. 22-1883

UNITED STATES,

Appellee,

v.

NATHAN REARDON,

Defendant - Appellant.

**MANDATE**

Entered: June 14, 2024

In accordance with the judgment of May 23, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Benjamin M. Block
Joel B. Casey
Donald E. Clark
Andrew Kenney Lizotte
Hunter J. Tzovarras