UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. Nathan Reardon

DOCKET NO:  1:21-cr-00061-LEW

PROCEEDING TYPE: Resentencing

# Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | 1 |  | Photo – after photos | 7/23/24 | 7/23/24 |  | 7/23/24 |
|  | 2 |  | Photo – after photos | 7/23/24 | 7/23/24 |  | 7/23/24 |
|  | 3 |  | Photo – after photos | 7/23/24 | 7/23/24 |  | 7/23/24 |
|  | 4 |  | Photo – after photos | 7/23/24 | 7/23/24 |  | 7/23/24 |
|  | 5 |  | Photo – after photos | 7/23/24 | 7/23/24 |  | 7/23/24 |
|  | 6 |  | Photo – before photos | 7/23/24 | 7/23/24 |  | 7/23/24 |
|  | 7 |  | Photo – before photos | 7/23/24 | 7/23/24 |  | 7/23/24 |
|  | 8 |  | Photo – before photos | 7/23/24 | 7/23/24 |  | 7/23/24 |
|  | 9 |  | Photo – before photos | 7/23/24 | 7/23/24 |  | 7/23/24 |
|  | 10 |  | Photo – before photos | 7/23/24 | 7/23/24 |  | 7/23/24 |
|  | 11 |  | Photo – before photos | 7/23/24 | 7/23/24 |  | 7/23/24 |
|  | 12 |  | Photo – before photos | 7/23/24 | 7/23/24 |  | 7/23/24 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |