# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Case No. 1:21-cr-61-LEW |
| ) | |
| **NATHAN REARDON** ) | |

## DEFENDANT'S NOTICE OF APPEAL

NOW COMES Defendant Nathan Reardon, by and through undersigned counsel, who hereby appeals the Court's final decision entered on July 23, 2024 to the First Circuit Court of Appeals.

Dated: August 5, 2024

/s/ *Daniel Dubé, Esq.*
Daniel Dubé, Esq.
40 Cassell St.
Lewiston, ME 04240-3920
Phone: (207) 200-4899
Fax:    (617) 657-1445
dan@themainelawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, I electronically filed the above 'Defendant's Notice of Appeal' with the Clerk of Court using the CM/ECF system, which will send notification of such filings to counsel of record.

> <u>*/s/ Daniel Dubé, Esq.*</u>
> Daniel Dubé, Esq.