# United States Court of Appeals
## For the First Circuit

No. 23-1855

UNITED STATES,

Appellee,

v.

NATHAN REARDON,

Defendant - Appellant.

**MANDATE**

Entered: August 27, 2024

    In accordance with the judgment of August 5, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

    By the Court:

    Maria R. Hamilton, Clerk

cc:
Benjamin M. Block
Joel B. Casey
Andrew Kenney Lizotte
Nathan Reardon
Chris Ruge
Matthew Kyle Winchester