Reardon
PO Box 52
Detroit, Me 04929

Judge Lance Walker
202 Harlow St. #357
Bangor, Me 04401

MAINE 044
27 A   24 PM 2 L

04401-490199