Reardon
P.O. Box 52
Detroit, ME. 04929

EASTERN MAINE 044

11 MAR 2025 PM 2  L



Bangor Federal Court
Clerk
202 Harlow St Rm 357
Bangor, ME 04401

04401-490199