UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHAN REARDON | Case No. 1:21-cr-00061-LEW |

**OPPOSITION TO MOTION
TO MODIFY CONDITIONS OF SUPERVISED RELEASE**

    The Government, by and through undersigned counsel, opposes Defendant Nathan Reardon's *pro se* Motion to Modify Conditions of Supervised Release (the "Motion" or "Mot.," Dkt. #230, Mar. 11, 2025). By his Motion, Defendant seeks the removal of his supervised release conditions prohibiting self-employment and asks to be freed from the requirement that he participate in the Computer and Internet Monitoring Program. Mot. at 1.

    The Government has conferred with the Supervising U.S. Probation Officer and confirmed that Defendant will remain on supervised release until approximately May 7, 2026. The Government opposes any modification to the conditions of Defendant's supervised release for the reasons previously articulated by the Court during Defendant's initial sentencing (Dkt. ##155-59, Nov. 2, 2022), revocation sentencing (Dkt. ##183-85, Oct. 13, 2023), and resentencing (Dkt. ##200-01, July 23, 2024). As the Court has previously determined, the conditions proscribing self-employment and requiring participation in the Computer and Internet Monitoring Program are closely tied to Defendant's underlying offense conduct and are well-supported by the applicable § 3553(a) factors. *See* 18 U.S.C. § 3583(c).

WHEREFORE, the Government respectfully requests that the Motion be denied for the reasons stated herein.

| | |
|---|---|
| Dated: March 31, 2025<br>Bangor, Maine | Respectfully submitted<br><br>CRAIG M. WOLFF<br>Acting United States Attorney<br><br>/s/ Andrew K. Lizotte<br>Andrew K. Lizotte, AUSA<br>202 Harlow Street<br>Bangor, ME 04401<br>(207) 262-4636<br>Andrew.Lizotte@usdoj.gov |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2025, I electronically filed the foregoing using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record, and that I have further caused the same to be mailed to Defendant's last known address of record.

                                                            CRAIG M. WOLFF
                                                            Acting United States Attorney

                                                            /s/ Andrew K. Lizotte
                                                           Andrew K. Lizotte, AUSA
                                                           202 Harlow Street
                                                           Bangor, ME 04401
                                                           (207) 262-4636
                                                           Andrew.Lizotte@usdoj.gov