UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHAN REARDON | No. 1:21-cr-00061-LEW |

**OPPOSITION TO MOTION FOR JOINDER**

The Court should deny Defendant Nathan Reardon's pro se Motion for Joinder of Heather Reardon and Arthur Reardon *as Co-Movants* [emphasis added] to Defendant's Motion for the Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g) (the "Motion" or "Mot.," Dkt. #237, April, 2025).

The same reasons previously detailed in the Government's opposition to Defendant's pending request for the return of property to Heather Reardon and Arthur Reardon apply to this related, equally misguided Motion. *See* Opp'n to Mot. for Return of Property, Dkt. #234, Mar. 31, 2025. Even taking at face value Defendant's representation that "Heather Reardon and Arthur Reardon wish to join this motion as co-movants to assert their direct ownership interests in the firearms" (Mot. at 2), Defendant cannot move on their behalf. Defendant lacks standing as to the firearms. He cannot move to "join" third-parties into motion practice which never should have been initiated in the first place. Nor can Defendant represent the interests of his wife and his father. Only a lawyer could do so, or Heather Reardon or Arthur Reardon individually, acting pro se. Notably, neither Heather Reardon nor Arthur Reardon signed the Motion as "co-movants" in their own right. The Government wishes to highlight that if either Heather Reardon or Arthur Reardon has an actual claim of ownership, Probation has

1

confirmed that each can obtain a release of the firearms by providing to Probation some evidence of ownership.

The Motion should be denied.

Dated: April 11, 2025
       Bangor, Maine

Respectfully submitted,

CRAIG M. WOLFF
Acting United States Attorney

/s/ ANDREW K. LIZOTTE
Andrew K. Lizotte
Assistant U.S. Attorney
United States Attorney's Office
202 Harlow Street
Bangor, Maine 04401
(207) 262-4636
Andrew.Lizotte@usdoj.gov

## CERTIFICATE OF SERVICE

 I hereby certify that on April 11, 2025, I electronically filed the foregoing using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record, and that I have further caused the same to be mailed to Defendant's last known address of record.

        CRAIG M. WOLFF
        Acting United States Attorney

         /s/ ANDREW K. LIZOTTE
        Andrew K. Lizotte
        Civil Chief
        United States Attorney's Office
        202 Harlow Street
        Bangor, Maine 04401
        (207) 262-4636
        Andrew.Lizotte@usdoj.gov