UNITED STATES DISTRICT COURT

DISTRICT OF MAINE (PORTLAND DIVISION)

NATHAN REARDON,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No.: (to be assigned)

# MOTION FOR RECUSAL OF HON. LANCE E. WALKER

NOW COMES the Petitioner, Nathan Reardon, respectfully moving this Honorable Court for the immediate recusal and disqualification of the Honorable Judge Lance E. Walker from further proceedings in this matter, pursuant to 28 U.S.C. § 455(a) and 28 U.S.C. § 455(b)(1).

### Grounds for Recusal:

1. During the sentencing proceedings in Petitioner's case (United States v. Reardon, Case No. 1:21-cr-00061-LEW-1), Judge Walker admitted on the record to being influenced by extrajudicial media reports, specifically referencing coverage by the Bangor Daily News.

2. Judge Walker relied upon community perceptions fueled by these media reports when forming opinions about Petitioner's character, culpability, and violation severity.
3. Judicial decisions must be based solely upon evidence properly before the Court, not upon external, unsworn, and unverified media sources.
4. Under 28 U.S.C. § 455(a), a judge must recuse himself when his impartiality "might reasonably be questioned."
    - Here, the public record contains direct admissions of extrajudicial influence, creating at minimum the appearance of bias.
5. Under 28 U.S.C. § 455(b)(1), recusal is mandatory where a judge has "personal knowledge of disputed evidentiary facts concerning the proceeding."
    - Judge Walker's personal knowledge gained from media reports constitutes such disputed facts.
6. Continued involvement of Judge Walker in this proceeding would irreparably undermine public confidence in the fairness and integrity of the judicial process.

**Relief Requested:**

- Immediate recusal of Hon. Lance E. Walker from this § 2255 proceeding,
- Reassignment of this case to an impartial judge sitting in the Portland Division of the District of Maine.

Respectfully submitted,

Nathan Reardon

PO Box 52

Detroit, ME 04929

Date: 5-6-25