# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

UNITED STATES OF AMERICA
Plaintiff,

v.

NATHAN REARDON
Defendant.

Case No. 1:21-cr-00061-LEW

## NOTICE OF APPEAL

Notice is hereby given that Defendant Nathan Reardon hereby appeals to the United States Court of Appeals for the First Circuit from the Order entered on June 4, 2025 (Docket No. 262), which denied Defendant's Motion for Recusal (Docket No. 243) and Motion to Expunge (Docket No. 244).

This appeal is taken in good faith and challenges both the legal basis and the impartiality of the district court judge, as well as the denial of meaningful review of Defendant's motions.

Dated: June 09, 2025

Respectfully submitted,

/s/ Nathan Reardon

Email: nathan@membershipauto.com

Phone: 207-745-7575