# United States Court of Appeals
## For the First Circuit

No. 25-1855

IN RE: NATHAN REARDON,

Petitioner.

Before

Gelpí, Montecalvo, and Rikelman,
Circuit Judges.

**JUDGMENT**

Entered: March 30, 2026

Petitioner seeks a writ of mandamus from this court directing the district court to vacate its August 21, 2025 order granting the government an extension to file its response to his motion for habeas relief pursuant to 28 U.S.C. § 2255 (D.Ct. Dkt. 276), to require the government to immediately respond to his § 2255 motion, and to adjudicate the motion. The petition is denied as moot, the district court having ruled on the motions that are the subjects of the mandamus petition. D.Ct. Dkt. 303.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Lance E. Walker
Jennifer Lyons, Clerk, United States District Court for the District of Maine
Nathan Reardon
Andrew Kenney Lizotte
Chris Ruge
Lindsay Feinberg
Brian Scott Kleinbord
Arthur Reardon
Heather Reardon