**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHAN REARDON | No. 1:21-cr-00061-LEW |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the United States in the above-entitled case. All future filings and notices should be sent to the undersigned.

Dated: May 27, 2026

Respectfully Submitted:

ANDREW B. BENSON
UNITED STATES ATTORNEY

/s/ Joel Casey

JOEL CASEY
Assistant United States Attorney
U.S. Attorney's Office
202 Harlow Street
Bangor, ME  04401
(207) 945-0373
Joel.casey@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2026, I electronically filed the Notice of Appearance with the Clerk of Court using the CM/ECF system, and will cause notification of such filing(s) to the following:

Daniel D. Dube, Esq.
lewistonlawyer@gmail.com

BY: */s/ Joel Casey*
Joel Casey
Assistant U.S. Attorney
United States Attorney's Office
202 Harlow Street, Suite 111
Bangor, ME 04401
(207) 945-0373
Joel.casey@usdoj.gov